**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANA EVERILDA DIAZ PASCUAL #A209-133-255** | **CASE NO. 6:26-CV-02272 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHA NEAL ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 8], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 20th day of October, 2026.

Terry A. Doughty
United States District Judge